**Jordan M. Jeansonne**

**From:** Brian Page <brian.page@attorneyguss.com>
**Sent:** Wednesday, July 3, 2019 12:10 PM
**To:** Jordan M. Jeansonne
**Subject:** RE: 52870/Joel Lewis v. Underwriters at Lloyd's, London, et al
**Attachments:** Letter with CMRRR sent out.pdf; Service attempt via CMRRR on Jamaria J. Graham - unsucessful.pdf; Signed Green Card 1.pdf; Signed Green Card 2.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Good Afternoon Jordan,

Please see attached. It looks like the only ones that were successful were to Llyods and USA Transportation Services LLC. Will you be voluntarily answering on behalf of Mr. Graham or will I need to hire a process server to get him formally served?

I look forward to working with you also.



Brian Page
*Associate Attorney*
*Stewart J. Guss, Injury Accident Lawyers*
400 Poydras St. Suite 1975
New Orleans, Louisiana 70130
(504) 475-4970 Telephone
(833) 874-6580 Facsimile
AttorneyGuss.com
Brian.Page@AttorneyGuss.com



**Please know that we are a "Client First" law firm.** If you feel that you are not getting *excellent* customer service on your case from me or *anyone* on our team, please contact us right away.
Please note that email is NOT secure. Advise this office IMMEDIATELY if you would prefer to communicate through another means. Communication via email does NOT create an attorney client relationship in the absence of a written retainer agreement. If you have received this email message in error, please notify the sender immediately. Please scan all attachments.

**From:** Jordan M. Jeansonne <jjeansonne@perrierlacoste.com>
**Sent:** Wednesday, July 3, 2019 9:43 AM



**To:** Brian Page <brian.page@attorneyguss.com>
**Cc:** # P&L Files Active <files@perrierlacoste.com>
**Subject:** RE: 52870/Joel Lewis v. Underwriters at Lloyd's, London, et al
**Importance:** High

Good Morning Brian,

I am the handling attorney in this matter. I am in receipt of your below email and thank you for that information.

I am working to verify service on the defendants at this time. Do you have affidavits of service and/or certified mail receipts for the long arm service requested on the defendants? If so, please send me a copy at your soonest convenience. I spoke to the driver (Jamaria Graham) shortly ago and he advised he was not living at the address listed in the police report at any time after the citation was issued (5/30/19).

Look forward to working with you on this one.

Best,

**Jordan M. Jeansonne**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130

Email: jjeansonne@perrierlacoste.com
Direct Telephone: (504) 212-8845
Direct Facsimile: (504) 212-7295

THIS IS A CONFIDENTIAL COMMUNICATION. The message and information contained in, or attached to, this communication is privileged and confidential and intended only for the person named above. If you are not the intended recipient of this message, please delete it immediately without opening any attachments. Please notify the sender, **Jordan M. Jeansonne**, Perrier & Lacoste, LLC by telephone at 504-212-8820 or by email at jjeansonne@perrierlacoste.com that you received the e-mail in error. Thank you.

---

**From:** Brian Page [mailto:brian.page@attorneyguss.com]
**Sent:** Wednesday, June 26, 2019 11:44 AM
**To:** Guy D. Perrier
**Cc:** # P&L Files Active; Nancy F. DiMaggio; Keisha Muslar
**Subject:** RE: 52870/Joel Lewis v. Underwriters at Lloyd's, London, et al

Guy,

I just heard from my client today and it reminded me of your June 6th, 2019 letter wherein you requested to be informed if my client "has received a recommendation to undergo or schedule any type of surgery or any other invasive procedure." Although I'm not sure what you would consider invasive, please be advised that my client has previously had and has been recommended an additional CESI by Michael S. Haydel, MD, FIPP, ABIPP with Haydel Spine Pain & Wellness in Houma. These procedures were performed at Gulf Coast Surgical Center, LLC in Houma. According to their website:

> "Dr. Michael Haydel is a Pain Management Specialist practicing at Haydel Spine and Pain Specialty Care Center in Lafayette and Houma. Dr. Haydel is Board Certified in Anesthesiology by the American Board of Anesthesiology. He is also Board Certified in Interventional Pain Management by the American Board of Interventional Pain Physicians, and he is a Fellow of the Interventional Pain Physicians by the World Institute of Pain."

The CESI has not yet been scheduled at this time and Dr. Haydel has informed Mr. Lewis that he will likely need an RFA after this next CESI.

Please note that I first discussed the potential that Mr. Lewis was going to undergo CESIs with adjuster Gina Hendren on November 13, 2018 via email. I again spoke with her on 3/28/19 and let her know that Mr. Lewis had undergone 2 CESI procedures at that time and that RFAs had been discussed but not recommended yet.

I know you are still under extension to Answer our Petition but wanted to keep you in the loop as my client called in today with an update. Let me know if you have any questions regarding this email or any other aspect of this case as I know you are just getting on board. I look forward to working with you and request that you reach out if you need anything more.



Brian Page
*Associate Attorney*
*Stewart J. Guss, Injury Accident Lawyers*
400 Poydras St. Suite 1975
New Orleans, Louisiana 70130
(504) 475-4970 Telephone
(833) 874-6580 Facsimile
AttorneyGuss.com
Brian.Page@AttorneyGuss.com



**Please know that we are a "Client First" law firm.** If you feel that you are not getting *excellent* customer service on your case from me or *anyone* on our team, please contact us right away.

Please note that email is NOT secure. Advise this office IMMEDIATELY if you would prefer to communicate through another means. Communication via email does NOT create an attorney client relationship in the absence of a written retainer agreement. If you have received this email message in error, please notify the sender immediately. Please scan all attachments.

---

**From:** Nancy F. DiMaggio <ndimaggio@perrierlacoste.com>
**Sent:** Thursday, June 6, 2019 1:14 PM
**To:** SJG Pleadings <SJG-Service@attorneyguss.com>
**Cc:** Guy D. Perrier <gperrier@perrierlacoste.com>; # P&L Files Active <files@perrierlacoste.com>
**Subject:** 52870/Joel Lewis v. Underwriters at Lloyd's, London, et al

Mr. Page - Please see attached correspondence from Guy Perrier regarding the above referenced matter. Thanks.

Nancy DiMaggio
Legal Assistant to
Guy D. Perrier, Rodney J. Lacoste, Jr.
& Cory T. Stuart

Perrier & Lacoste, LLC

T: 504-212-8837 F: 504-212-8858
ndimaggio@perrierlacoste.com

7018 1130 0001 8916 5854

55

Jamaria J. Graham
Through the Louisiana Long Arm
Statute
2219 Riverford Drive
Kingwood, Texas 77339

NIXIE 773 CC 1 7206/26/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 77070462572 2091N177200-01554




1130 0001 8916 5854

POSTAGE

SS

Jamaria J. Graham
Through the Louisiana Long Arm
Statute
2219 Riverford Drive
Kingwood, Texas 77339




XIE 773 CC 1 7206/26/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

: 77070462572 2091N177200-01554

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jamaria J. Graham
Through the Louisiana Long Arm Statute
2219 Riverford Drive
Kingwood, Texas 77339

7018 1130 0001 8916 5854

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

# CITATION

JOEL LEWIS

VERSUS

UNDERWRITERS AT LLOYD'S, LONDON, ET AL

Case: 00134235
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To: USA TRANSPORTATION SERVICES LLC
THROUGH THE LOUISIANA LONG ARM STATUTE
ON THEIR REGISTERED AGENT
JAVIER MOYANO
15447 AVENUE C
CHANNELVIEW, TX 77530

of Parish

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DODUMENTS** of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS 30th DAY OF MAY, 2019.

Michael Thibodeaux
Clerk of Court
16th Judicial District Court
Parish of Iberia

[signature]

Deputy Clerk of Court

Requested by:
BRIAN PAGE
400 POYDRAS STREET, SUITE 1975
NEW ORLEANS, LA 70130

[ORIGINAL]

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7018 1130 0001 8916 5885

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

USA Transp. Serv
221392

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT C

ates, PLLC
ite 297
070




FIRST-CLASS

US POSTAGE
$ 007.75
02 1P
0002109231 JUN 05 201
MAILED FROM ZIP CODE 770

USA Transportation Services LLC
Through the Louisiana Long Arm
Statute on their Registered Agent
Javier Moyano
15447 Avenue C
Channelview, Texas 77530

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USA Transportation Services LLC
Through the Louisiana Long Arm Statute on their Registered Agent Javier Moyano
15447 Avenue C
Channelview, Texas 77530

7018 1130 0001 8916 5885

2. Article Number *(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X J. Moyano
☐ Agent
☑ Addressee

B. Received by *(Printed Name)* J. MOYANO

C. Date of Delivery 6/17/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt